STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LARRY L. BUTRICK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 30 2000

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00127 SOM |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [18 U.S.C. § 2113(f)(a)] |
| ) | |
| KOLEN KALANI KAIMANA, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

INDICTMENT

The Grand Jury charges:

On or about March 13, 2000, in the District of Hawaii, the defendant, KOLEN KALANI KAIMANA, did by intimidation, take from the person or presence of another money, belonging to and in the care, custody, control, management, and possession of

First Hawaiian Bank, Waikiki Branch, a bank as defined in Title 18 United States Code Section 2113(f).

All in violation of Title 18, United States Code, Section 2113 (a).

DATED: __3/30/00__, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LARRY L. BUTRICK
Assistant U.S. Attorney

<u>United States v. Kolen Kalani Kaimana</u>
"Indictment"
Cr. No. _____